MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714- 668-2400
FACSIMILE: 714- 668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorney for Cross-Defendant Trans Union LLC
(Incorrectly named Transunion LLC)

FILED
2012 MAY -4 PM 3: 38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVER BANK,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR CRUZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants; | Case No. ED CV 12 - 00711 VAP SPx<br><br>**CROSS-DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of California, San Bernardino County, Case No. 30-2009-00309137] |
| OSCAR CRUZ, an individual,<br><br>Cross-complainant,<br><br>v.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.; DISCOVER BANK; TRANSUNION LLC. AND ROES 1-25, INCLUSIVE,<br><br>Cross-Defendants. | Complaint Filed: April 2, 2012 |

Trans Union LLC ("Trans Union"), listed incorrectly named Transunion Corp., files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof would respectfully show the Court as follows:

1

CROSS-DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

## A. Procedural Background

1. On April 2, 2012, Cross-Complainant Oscar Cruz ("Cross-Complainant") filed the Cross-Complaint in this action in the Superior Court of California, San Bernardino County, Case No. CIVRS1201345, ("State Court Action") alleging that Cross-Defendants, Bishop, White, Marshall & Weibel, P.S., Discover Bank and Trans Union, violated the Fair Credit Reporting Act 15 U.S.C. §§ 1681, *et seq*. A complete and accurate copy of the Cross-Complaint, and complete and accurate copies of pleadings filed to date in the State Court Action are attached hereto as **Exhibit A**[1].

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

3. The Cross-Defendants were served with Cross-Complainant's Cross-Complaint on the following dates: Trans Union, Bishop, White, Marshall & Weibel, P.S. and Discover Bank were served on April 4, 2012. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b). Complete and accurate copies of the Cross-Defendants' Joinders and Consents to Removal are attached collectively hereto as **Exhibit B**.

## B. Grounds for Removal

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Cross-Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Cross-Complainant's claims present a federal question. *Id.* In the face of the Cross-Complaint and the documents attached to the Cross-Complaint, Cross-Complainant seeks damages for Cross-Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. Moreover, any future claims based on state law may be adjudicated by this

---

[1] We will supplement Exhibit A with a complete copy of the State Court record upon receipt from the Superior Court of California, San Bernardino County.

Court pursuant to 28 U.S.C. § 1367. Additionally, a court has authority to remove when a claim made against a third-party is truly a separate and independent claim, which would be removable on its own right. *Carl Heck Engineers, Inc. v. Lafourche Parish Police Jury* (5th Cir. 1980) 622 F2d 133, 135–136; see ¶ *2:808 ff.* Furthermore, third-party defendants should not be deprived of their right to remove by the procedural accident that they were joined on a third party basis, rather than as defendants originally. *Motor Vehicle Cas. Co. v. Russian River County Sanitation Dist.* (ND CA 1981) 538 F.Supp. 488, 491–492. Accordingly, removal in the third-party context is proper.

### C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Cross-Defendant received a copy of Cross-Complainants initial pleading setting forth the claims for relief upon which Cross-Complainants action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Cross-Complainant and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of San Bernardino, as required by 28 U.S.C. § 1446(d).

8. No other proceedings, process, pleadings, orders or other paper have been filed or served in the State Court Action. Trial has not commenced in Superior Court of California, San Bernardino County, Case No. CIVRS1201345.

9. By filling this Notice of Removal, Trans Union consents to the removal of this case.

1  WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED: May 4, 2012                    MUSICK, PEELER & GARRETT LLP

                                      By: _____
                                          Donald E. Bradley
                                          Attorneys for Cross-Defendant
                                          Trans Union LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

    On May 4, 2012, I served the foregoing document described as **CROSS-DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action by placing a copy thereof in a sealed envelope addressed as follows:
    **See Attached List.**

☐  **BY PERSONAL DELIVERY**. I delivered such envelope by hand to the offices of the addressee.

☐  **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐  **BY FEDERAL EXPRESS.** I caused such envelope to be deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒  **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐  **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on May 4, 2012 at Costa Mesa, California.

☒  **(Federal)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              _/s/ April Yusay_
                              APRIL YUSAY

## SERVICE LIST

| | |
|---|---|
| Robert A. Weiner, Esq.<br>rawlaw@brennanlaw.com<br>BRENNAN, WEINER &<br>ASSOCIATES, A.P.C<br>3150 Montrose Avenue<br>La Crescenta, California 91214<br>Telephone: (818) 249-5291<br>Facsimile:  (818) 249-4329<br>*Attorney for Oscar Cruz* | Jerry Yalon<br>bishop, white, marshall & weibel, P.S.<br>901 sunvalley blvd, suite 220<br>concord, CA 94520<br>(877) 259-1016<br>*Attorney for Bishop, White, Marshall &*<br>*Weibel, P.S. and Discover Bank* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

**EDCV12- 711 VAP (SPx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [X] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>Oscar Cruz | **DEFENDANTS**<br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.; DISCOVER BANK; TRANSUNION LLC. AND ROES 1-25, INCLUSIVE |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>See attached. | **Attorneys** (If Known)<br>See attached. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681 et seq.; Federal Fair Credit Reporting Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

ED CV 12 - 00711 VAP

**FOR OFFICE USE ONLY:** Case Number: _____

SPx

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | MAY -4 2012 | Page 1 of 2 |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Bishop, White, Marshall & Weibel, P.S. - Contra Costa County, California<br>Discover Bank - Illinois<br>Trans Union LLC - Illinois |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  5-4-12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVER BANK,<br><br>　　　　Plaintiff,<br>v.<br>OSCAR CRUZ, an individual; and DOES 1-10, inclusive,<br>　　　　Defendants; | Case No. _____<br><br>**ATTACHMENT TO CIVIL COVER SHEET** |
| OSCAR CRUZ, an individual<br>　　　　Cross-complainant,<br>v.<br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.; DISCOVER BANK; TRANSUNION LLC. AND ROES 1-25, INCLUSIVE<br>　　　　Cross-Defendants. | |

Robert A. Weiner, Esq.
rawlaw@brennanlaw.com
BRENNAN, WEINER & ASSOCIATES, A.P.C
3150 Montrose Avenue
La Crescenta, California 91214
Telephone: (818) 249-5291
Facsimile:  (818) 249-4329
*Attorney for Cross-Complainant*

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626-1925
Telephone: (714) 668-2400
Facsimile:   (714) 668-2490
*Attorney for Defendant Trans Union LLC (incorrectly named TRANSUNION)*

Jerry Yalon
Bishop, White, Marshall & Weibel, P.S.
901 Sunvalley Blvd, Suite 220
Concord, CA 94520
Telephone:  (877) 259-1016
*Attorney for Cross-Defendants*
*Bishop, White, Marshall & Weibel, P.S.; and Discover Bank*