```
 1  Jerome M. Yalon, Jr. CBN 84204
    BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
 2  901 SUNVALLEY BLVD, SUITE 220
    CONCORD, CA 94520
 3  (925) 826-1600
 4  Attorney for Cross-Defendant
 5
 6
 7              UNITED STATES DISTRICT COURT
 8              CENTRAL DISTRICT OF CALIFORNIA
```

FILED 2012 MAY -4 PM 3:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

| | |
|---|---|
| DISCOVER BANK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OSCAR CRUZ, an individual; and DOES 1-10, inclusive,<br>　　　　Defendants;<br><br>―――――――――――――――<br><br>OSCAR CRUZ, an individual<br>　　　　Cross-complainant,<br><br>v.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.; DISCOVER BANK; TRANSUNION LLC. AND ROES 1-25, INCLUSIVE<br>　　　　Cross-Defendants. | Case No. _____<br><br>ED CV 12 - 00711 VAP SPx<br><br>CROSS-DEFENDANT BISHOP, WHITE, MARSHALL & WEIBEL, P.S.' JOINDER AND CONSENT TO REMOVAL OF ACTION |

　　　Without waiving any other defenses, Cross-Defendant Bishop, White, Marshall & Weibel, P.S. hereby joins in and consents to the removal of this action

- 1 -

1  from the Superior Court of the State of California, San Bernardino Country, to this
2  Court.
3
4      Bishop, White, Marshall & Weibel, P.S. first received a copy of the
5  Complaint, the initial pleading setting forth the claim for relief upon which this
6
7  action is based, on April 4, 2012.
8  DATED: May 4, 2010              BISHOP, WHITE, MARSHALL & WEIBEL, P.S
9
10                          By: _____
11                              Jerome M. Yalon, Jr.
12                              Attorney for Cross-Defendant
                                Bishop, White, Marshall & Weibel, P.S.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

CROSS-DEFENDANT BISHOP, WHITE, MARSHALL & WEIBEL, P.S'
JOINDER AND CONSENT TO REMOVAL